# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

EMMANUEL HERNANDEZ-GAYOSSO,

                Defendant.

CASE NO. 08CR0908-W

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8 USC 1325.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/2/08

                              THOMAS J. WHELAN
                              UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgment and Commitment on 6/2/08
United States Marshal
By: [signature]
USMS Criminal Section